IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05- 4012 MWB |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. §§ 2252A(a)(5)(B) & 2: |
| | ) | Possession of Child Pornography |
| vs. | ) | |
| | ) | |
| ZACHARY ANDREW AMICK and | ) | |
| NICHOLAS WAYNE SALMEN, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

In or the summer of 2004, in the Northern District of Iowa, defendants ZACHARY ANDREW AMICK and NICHOLAS WAYNE SALMEN, knowingly possessed and attempted to possess images of a minor engaged in sexually explicit conduct, said images having been produced using materials that had been shipped and transported in interstate and foreign commerce, namely, a Kodak digital camera, which was manufactured outside the state of Iowa.

This in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & 2.

Presented by:

CHARLES W. LARSON, SR.
United States Attorney

By:

  s/ Sean R. Berry  

A TRUE BILL

 s/ Foreperson             2/15/05 
Grand Jury Foreperson       Date

SEAN R. BERRY
Assistant United States Attorney